IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARUBA PETROLEUM, INC. | § | |
| | § | |
| V. | § | CASE NO. 4:12cvCV118 |
| | § | (Judge Schell/Judge Mazzant) |
| FSC ADVISORS, INC. ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 8, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Motion of Aruba Petroleum and Aruba Energy for Partial Summary Judgment (Dkt. #36) should be denied at this time.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Motion of Aruba Petroleum and Aruba Energy for Partial Summary Judgment (Dkt. #36) is DENIED at this time, subject to refiling after a reasonable time for discovery.

**SIGNED this the 27th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE